Mid-Boro Property Corporation, Plaintiff, v. Warren-Jay Co., Inc., Appellant, and Peerless Operating Co., Inc., and Henry M. Fertig, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant Warren-Jay Co., Inc., to serve an amended counterclaim within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

Anton H. Schefer and Frederic F. deRham, Sole Surviving Partners, etc., Respondents, v. Idell M. Wulf and Others, Defendants, Impleaded with Lubow Bros., Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Lubow Bros., Inc., to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

Bertram A. Unger, Respondent, v. First National Savings Bank Corporation of Pest, Budapest, Also Known as Pesti Hazai Elso, Takarekpenztar-Egyesulet, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

Alfred Perry, Appellant, v. Edward C. Strohm, Respondent.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there is a question of fact to be disposed of by a trial. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

410 East Ninetieth Street Corporation, Appellant, v. Massachusetts Bonding and Insurance Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

Winifred Conahan, Respondent, v. Louis Sherry, Inc., Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $30,116.75; in which event the judgment as so modified is affirmed, without costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.; Merrell and O'Malley, JJ., dissent and vote for affirmance. Settle order on notice.

Giuseppe Loiacono and Carolina Loiacono, Respondents, v. Rosario De Simone and Others, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of. order upon payment of said costs. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of Acquiring Title by The City of New York to Certain Lands and Premises Situated on the Westerly Side of Fifth Avenue, between One Hundred and Forty-second Street and One Hundred and Forty-third Street, in the Borough of Manhattan, City of New York, Duly Selected as a Site for an Administration Building in Connection with the Armory of the Three Hundred and Sixty-ninth Infantry, According to Law.— Final decree affirmed, with costs and disbursements. No opinion. Present — Finch, Merrell, Martin, O'Malley and Sherman, JJ.; Martin, J., dissents.